## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 12 MAL 2018

         Respondent     :

         :     Petition for Allowance of Appeal from

         :     the Order of the Superior Court

         v.     :

ALLEN L. WILKINS, SR.,     :

         Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.